1  Chad C. Butterfield, Esq.
   Nevada Bar No. 10532
2  Rachel L. Wise, Esq.
   Nevada Bar No. 12303
3  **WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP**
4  300 South 4th Street, 11th Floor
   Las Vegas, NV 89101-6014
5  Tel: 702.727.1400; Fax: 702.727.1401
   Chad.Butterfield@wilsonelser.com
6  Rachel.Wise@wilsonelser.com
   *Attorneys for Defendant*
7  *American Honda Finance Corp.*

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

| | |
|---|---|
| VIVIAN E. MANIPON | Case No.: 2:19-cv-01946-RFB-DJA |
| Plaintiff, | |
| v. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| EQUIFAX INFORMATION SERVICES LLC; AMERICAN HONDA FINANCE CORP., | **(First Request)** |
| Defendants. | |

Plaintiff, VIVIAN E. MANIPON ("Plaintiff") and Defendant, AMERICAN HONDA FINANCE CORPORATION ("AHFC"), by and through their respective counsel of record, jointly request an order extending the deadline for AHFC to file a responsive pleading to Plaintiff's Complaint, up to and including **December 10, 2019**. This motion is submitted in compliance with LR IA 6-1 and LR IA 6-2.

Good cause exists for the requested extension, as counsel for AHFC has only recently been retained in this matter is in the process of obtaining and reviewing the relevant file materials and information necessary to respond to the allegations set forth in the Complaint. Accordingly, the parties agree that the requested extension furthers the interests of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

/ / /

/ / /

/ / /

1

1546383V.1

1  This is the parties' first request for extension of the deadline.

2  DATED this 3rd day of December, 2019.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

*/s/ Chad C. Butterfield*
Chad C. Butterfield, Esq.
Nevada Bar No. 10532
Rachel L. Wise, Esq.
Nevada Bar No. 12303
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
*Attorneys for Defendant American Honda Finance Corporation*

DATED this 3rd day of December, 2019.

**HAINES & KRIEGER, LLC**

*/s/ David H. Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Las Vegas, NV  89123
*Attorney for Plaintiff*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this __5th__ day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2

1546383V.1