George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
*Attorney for Plaintiff, VIVIAN E. MANIPON*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VIVIAN E. MANIPON,<br><br>          Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; AMERICAN HONDA FINANCE CORP,<br><br>          Defendants. | Case No. 2:19-cv-01946-RFB-DJA<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO <u>AMERICAN HONDA FINANCE CORP ONLY</u>** |

Plaintiff VIVIAN E. MANIPON and Defendant, AMERICAN HONDA FINANCE CORP, hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

…

…

Page **1** of **2**

shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, AMERICAN HONDA FINANCE CORP**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated: June 2, 2020

| By: | By: |
|---|---|
| /s/*George Haines, Esq.* <br> George Haines, Esq. <br> Nevada Bar No. 9411 <br> FREEDOM LAW FIRM, LLC <br> 8985 S. Eastern Avenue <br> Suite 350 <br> Las Vegas, Nevada 89123 <br> *Attorney for Plaintiff,* <br> *VIVIAN E. MANIPON* | /s/*Chad C. Butterfield* <br> Chad C. Butterfield, Esq. <br> Nevada Bar No. 10532 <br> WILSON, ELSER, MOSKOWITZ, <br> ELDELMAN & DICKER LLP <br> 300 South 4th Street, 11th Floor <br> Las Vegas, NV 89169 <br> *Attorney for Defendant,* <br> *AMERICAN HONDA FINANCE CORP* |

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of June, 2020.